UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOAN B. BADZINSKI,

    Plaintiff,

v.

WASHINGTON NATIONAL
INSURANCE COMPANY,

    Defendant.

Case No.:
6:06-CV-00862-GAP-KRS

## NOTICE REGARDING SETTLEMENT

**COMES NOW** Defendant, Washington National Insurance Company ("Washington National"), and hereby notifies the Court that the parties have reached a settlement in the above-styled cases. As grounds therefor, Washington National states the following:

1. The parties have agreed to settle all the claims and disputes Plaintiff Joan B. Badzinski alleges against Washington National without the expense and uncertainty of a trial.

2. Washington National hereby notifies the Court of the settlement pursuant to Local Rule 3.08(a).

3. The parties plan to file a Joint Stipulation of Dismissal With Prejudice in the near future.

1487443

4. Due to the parties' settlement, Washington National respectfully requests an extension or waiver of the August 4, 2006 deadline to meet for the purposes of preparing and filing a Case Management Report. (See Doc. 4).

**Dated this 2nd day of August, 2006.**

s/Christian W. Hancock
Gary L. Howard (Fla. Bar No. 0164887)
Christian W. Hancock (Fla. Bar No. 0643521)
BURR & FORMAN LLP
3100 Wachovia Tower
420 North Twentieth Street
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

ATTORNEYS FOR DEFENDANT WASHINGTON
NATIONAL INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James P. Kelaher, Esq.
jim@kelaherlaw.com

s/Christian W. Hancock
Of Counsel

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| JOAN B. BADZINSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: |
| ) | 6:06-CV-00862-GAP-KRS |
| WASHINGTON NATIONAL ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE REGARDING SETTLEMENT

**COMES NOW** Defendant, Washington National Insurance Company ("Washington National"), and hereby notifies the Court that the parties have reached a settlement in the above-styled cases. As grounds therefor, Washington National states the following:

1. The parties have agreed to settle all the claims and disputes Plaintiff Joan B. Badzinski alleges against Washington National without the expense and uncertainty of a trial.

2. Washington National hereby notifies the Court of the settlement pursuant to Local Rule 3.08(a).

3. The parties plan to file a Joint Stipulation of Dismissal With Prejudice in the near future.

1487443

4. Due to the parties' settlement, Washington National respectfully requests an extension or waiver of the August 4, 2006 deadline to meet for the purposes of preparing and filing a Case Management Report. (See Doc. 4).

**Dated this 2nd day of August, 2006.**

s/Christian W. Hancock
Gary L. Howard (Fla. Bar No. 0164887)
Christian W. Hancock (Fla. Bar No. 0643521)
BURR & FORMAN LLP
3100 Wachovia Tower
420 North Twentieth Street
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

ATTORNEYS FOR DEFENDANT WASHINGTON
NATIONAL INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James P. Kelaher, Esq.
jim@kelaherlaw.com

s/Christian W. Hancock
Of Counsel

1487443

2